**Order entered November 20, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00797-CV**

**DAVE HOING, Appellant**

**V.**

**THE PHILLY LIVING TRUST AND LOUISE NELSON, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14072**

**ORDER**

On appellant's motion, we extended the deadline for filing the opening brief to November 16, 2020. To date, however, the brief has not been filed. Accordingly, we **ORDER** appellant to file the brief **no later than December 3, 2020.**

*We caution appellant that failure to comply may result in dismissal of the appeal without further notice.* See TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     ERIN A. NOWELL
        JUSTICE